DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:  
   MARIA D. ACUNA  
   28 PALAZZO WAY  
   AMERICAN CANYON, CA 94503  

   ###-##-6035  
                Debtor(s).

Case No.: 09-1-4114 AJ13  
Chapter 13  

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**
Date: 01/19/2010
Time: 1:00 PM
Place: Office of the United States Trustee
777 Sonoma Ave., First Floor, #116
Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date: 02/08/2010
Time: 1:30 PM
Place: United States Bankruptcy Court
99 South E Street
Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests a *__signed__* copy of Debtor's 2008 Federal Income Tax Return be received no later than four business days prior to the date of the first scheduled Meeting of Creditors.

2. Trustee requests Debtors' payment advices or verification of income for the last six months prior to filing the bankruptcy, or in the alternative, provide a declaration that details why the Debtors' cannot provide the six months payment advices.

3. The petition contains conflicting information concerning Debtors' attorneys' fees.  Section 3 of the plan lists total fees due in the amount of $1,475.00, with $1,475.00 already paid, and **$2,000.00 due**.  The Statement Pursuant to Rule 2016(B) indicates total fees in the amount of $1,475.00, with $1,475.00 already paid, and $0.00 due.  The Trustee requests that Debtor's counsel amend the appropriate schedules so they are accurate and consistent.

4. Question 1 and 2 of the Statement of Financial Affairs fails to reflect Debtor's income received in 2007 and 2008. Trustee requests clarification or the appropriate documents be amended so they are accurate and consistent.

5. Debtor has provided for a deduction for Transportation expense in the amount of $200.00 per month in Question 29 of Form B22C, while listing no expense for Debtor's second vehicle in the schedules. Pursuant to 11 U.S.C. Section 707(b)(2), the debtor may only claim this deduction if they have an expense of the vehicle. The Trustee requests that Debtor's counsel amend Form B22C and omit this deduction.

6. Schedule I lists 401(k) and 401(k) loan deductions totaling $1,355.00. The Trustee requests that the Debtor provide documentation in connection with these deductions.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 8, 2009          DAVID BURCHARD
                                 DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MARIA D. ACUNA                          MARI K. ZANG
28 PALAZZO WAY                          LEGAL HELPERS
AMERICAN CANYON, CA 94503               564 MARKET ST. #300
                                        SAN FRANCISCO, CA 94104

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: December 8, 2009          DENIZ BRIDGMAN
                                 DENIZ BRIDGMAN